File No. 14135

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    :          Chapter 13

Sandra L. Shumaker,                                       :
                                                          :
                                                          :
                                                          :
Debtors.                                Case No. 26-21202 CMB   :

## AFFIDAVIT OF INCOME

Sandra L. Shumaker, Debtor in the within bankruptcy, states that she is retired and currently receives Social Security Retirement benefits of $1,257 monthly, and SNAP Benefits of $233 monthly. She has no income from any other source.

Proof of Debtors' income is attached.

We verify that the statements made in this affidavit are true and correct to the best of our personal knowledge or information and belief. We understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_Sandra L. Shumaker_

Sandra L. Shumaker, Debtor

Hello SANDRA L SHUMAKER

Your Social Security benefit will increase by **2.8%** in January 2026. Next year, receive your benefit information up to three weeks earlier by creating an online *my Social Security* account at *www.ssa.gov/myaccount.* You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans and for other business. Keep this letter with your important financial records or access this information anytime online by signing in to your personal *my Social Security* account.

| How Much You Will Get In 2026 (Before Deductions) | Monthly Amount |
|---|---|
| Your monthly benefit in 2026 <u>before</u> deductions | $1,257.00 |
| **2026 Common Deductions** | **Monthly Amount** |
| Medicare Medical Insurance (Part B and Part C)<br>If you did not have Medicare as of November 20, 2025, or if someone else pays your premium, we show $0.00. | -$0.00 |
| Medicare Prescription Drug Plan (Part D)<br>We will notify you if the amount changes in 2026. If you did not elect withholding as of November 1, 2025, we show $0.00. | -$0.00 |
| U.S. federal tax withholding for non-citizens | -$0.00 |
| Voluntary federal tax withholding<br>If you did not elect voluntary tax withholding as of November 20, 2025, we show $0.00. | -$0.00 |
| **How Much You Will Get In 2026 (After Deductions)** | **Monthly Amount** |
| Your monthly benefit in 2026 <u>after</u> deductions<br>This monthly amount may include deductions not listed above. | $1,257.00 |

**For more information about your COLA** and other benefits-related topics such as Medicare, Ticket to Work, Reporting Wages, Earnings Limits, Other Pensions, and more, go to *www.ssa.gov/cola* or scan the QR code.

If you would like a paper copy of any of this information, please contact us.



**Need more help?**

1. Visit *www.ssa.gov* for fast, simple, and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am. to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-320-7459**.

SOCIAL SECURITY
SUITE 1
627 PITTSBURGH ROAD
UNIONTOWN, PA 15401

VALLEY-DONORA
VALLEY DISTRICT OFFICE
595 GALIFFA DR PO BOX 592
DONORA, PA 15033



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

## OFFICE OF INCOME MAINTENANCE

Notice ID: 9156202379 | S:9999999999

Sandra Shumaker
27 Vesta 7 Rd
Brownsville, PA 15417-8680

| | |
|---|---|
| **Mail Date:** | 01/12/2026 |
| **Record ID:** | 63/0222632 |
| **MCI#:** | 260184927 |

**COMPASS:** The fast and easy way to apply for benefits
www.compass.state.pa.us

The Department of Human Services (DHS) is writing to you about your Supplemental Nutrition Assistance Program (SNAP) benefits.

### 🛒 Supplemental Nutrition Assistance Program (SNAP)

| Sandra | Your SNAP benefits *are changing* from $248.00 to $233.00 monthly, starting 02/06/2026 because:<br>- there have been changes in the Federal Rules |
|---|---|

**Sandra:**

Your SNAP benefits have been changed based on the 2.8% Cost of Living Adjustment (COLA) that you will receive in your Social Security benefits and/or your Supplemental Security Income (SSI) in January 2026. If you have any other income this could also affect your benefit amount. If your caseworker is aware of other changes in your household's income or situation, you may receive another notice regarding your February 2026 SNAP benefits. The notice with the latest date will reflect your current amount of SNAP benefits.

You will continue receiving $233.00 monthly in SNAP until you have a change in your case.

This is the law we used to make this decision: 7 CFR §§ 273.12(c), 273.12(e)

RC/O:  412/1

