IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 26-21202 GLT |
| Sandra L. Shumaker, | : | Chapter 13 |
| Debtor, | : | Document No. |
| Federal Home Loan Mortgage Corporation, As Trustee of the Freddie Max SLST 2025-2 Participation Interest Trust, | : | Related to Document No. |
| Movant, | : | |
| vs. | : | |
| Sandra L. Shumaker, | | |
| Respondents. | | |

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Debtor, Sandra L. Shumaker, her attorney, Calaiaro Valencik, P.C. and Daniel R. White, Esquire respond to the Motion for Relief from the Automatic Stay as follows:

1-10 & 14. Admitted.

11-13 & 15-18. Denied. Debtor demand strict proof of the averments of paragraph 11-13 & 15-18.

**DEBTOR'S DEFENSES**

1. Debtor has an interim confirmed Chapter 13 plan dated August 5, 2026 which pays Movant directly outside of the plan by Debtor's daughter.
2. Debtor's daughter is delinquent with post-petition direct payments to Movant. She intends to bring this payment current and make timely ongoing payments under the mortgage.
3. Debtor has requested a reinstatement figure on this loan and a breakdown of the arrears listed in Paragraph 12.
4. Movant has not yet responded to the reinstatement request and/or the requested breakdown of the claimed arrears.

WHEREFORE, The Debtor, Sandra L. Shumaker, respectfully request this Court to Deny the Motion for Relief from the Automatic Stay and order such further relief that this Court deems appropriate.

Dated: September 28, 2026

CALAIARO VALENCIK, P.C.
BY

/s/ Daniel R. White_________________

Daniel R. White
Pa. ID No. 78718
8 Nickman Plaza
Lemont Furnace, PA 15456
Office: 724-719-9388
Email: dwhite@c-vlaw.com
Attorney for Debtor