IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: SANDRA L. SHUMAKER, Debtor(s) | : | Bankruptcy No. 26-21202 |
| | : | Chapter 13 |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2025-2 PARTICIPATION INTEREST TRUST, Movant | : | Related to Document No. 33 |
| v. | : | Hearing: 10/21/26 at 10:30 a.m. |
| Sandra L. Shumaker, Debtor, Dante Mancini, Co-debtor/Respondent, Stacie Mancini, Co-debtor/Respondent, Ronda J. Winnecour, Trustee, Respondent(s) | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE OF THE FREDDIEMAC SLST 2025-2 PARTICIPATION INTEREST TRUST (Document Number 33)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Stay filed on September 10, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than September 28, 2026.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay be entered by the Court.

Dated: _October 21, 2026_

By: /s/ Robert Shearer
Signature
__Robert Shearer_____________________
Name of Filer - Typed
13010 Morris Rd, Suite 450 Alpharetta, GA
Address of Filer
rshearer@raslg.com ___________________
Email Address of Filer
_470-321-7112______________________

Phone Number of Filer
83745 ________________________________
Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**