FILED
10/22/26 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 26-21202-GLT |
| | : | Chapter: | 13 |
| Sandra L. Shumaker | : | | |
| | : | | |
| | : | Date: | 10/21/2026 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

***MATTER:*** #33 - Motion for Relief from Stay Filed by Federal Home Loan Mortgage Corporation
#40 - Debtor's Response to Motion for Relief From Stay
#49 - Withdrawal of Debtor's Response to Motion For Relief From Stay

***APPEARANCES***:
Debtor: Daniel R. White
Trustee: Ronda J. Winnecour
Jamey Shay
FHL: Michelle McGowan

[10:50]
***NOTES:***

White: We have no defense to relief from stay. It's for a mortgage co-signed by the Debtor and it's not being paid through the bankruptcy.

***OUTCOME:***

1. For the reasons stated on the record at the October 21, 2026 hearing, the *Motion for Relief from Stay* [Dkt. No. 33] is **GRANTED**. [DB to issue modified proposed order at Dkt. No. 33 with changes in workflow]

**DATED:** 10/21/2026